therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof, IT IS ORDERED by the court that this cause be, and hereby is, dismissed sua sponte.

## MISCELLANEOUS ORDERS

**2004–2108. Disciplinary Counsel v. Kafele.**
This cause came before the court upon the filing of a report in the Office of the Clerk of this court by the Board on the Unauthorized Practice of Law.

IT IS ORDERED by the court, sua sponte, that this cause be remanded to the Board on the Unauthorized Practice of Law to supplement the reasons stated for its recommendation.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to Sup.Ct.Prac.R. XIV(6):

**2005–0206. State ex rel. Dispatch Printing Co. v. Morrow Cty. Prosecutor's Office.**
In Mandamus. On the question of attorney fees.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### *March 29, 2005*

[Cite as *03/29/2005 Case Announcements,* 2005-Ohio-1458.]

## MOTION AND PROCEDURAL RULINGS

**2004–1293. Smith v. Smith.**
Hancock App. No. 5–03–12, 2004-Ohio-3552. This cause is scheduled for oral argument on March 30, 2005. Upon consideration of the motion of appellant's counsel for a continuance of the oral argument and appellee's memorandum opposing the motion,

IT IS ORDERED by the court that the oral argument in this case will be continued to a date to be determined by the court.

IT IS FURTHER ORDERED by the court that, by April 1, 2005, appellant's counsel will file a certificate of a medical authority confirming the medical condition that renders appellant's counsel unable to attend oral argument on March 30.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### *March 30, 2005*

[Cite as *03/30/2005 Case Announcements,* 2005-Ohio-1303.]

## MERIT DECISIONS WITHOUT OPINIONS

**2004–1874. State ex rel. Cincinnati Bell Tel. Co. v. Pub. Util. Comm.**
In Mandamus. On motion to dismiss. On S.Ct.Prac.R. X(5) determination, cause dismissed as moot. See State ex rel. Cincinnati Bell Tel. Co. v. Pub. Util. Comm., 105 Ohio St.3d 177, 2005-Ohio-1150, 824 N.E.2d 68.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.